## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Martaneze Johnson, et al.
                                                Plaintiff,

v.                                                                             Case No.: 1:19−cv−02066
                                                                            Honorable Robert W. Gettleman

Bosman Trucking, Inc., et al.
                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 4, 2019:

      MINUTE entry before the Honorable Robert W. Gettleman: Motion hearing held on 12/4/2019. Plaintiffs' motion for stage−one conditional certification and notice to putative class members [38] is granted by agreement. The parties are to file a proposed order with the court to set further dates. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.