IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| **MARTANEZE JOHNSON, JAMES HANNAH, AND WALTER CHERRY,** on behalf of themselves, and all other plaintiffs similarly situated, known and unknown, <br><br> Plaintiffs, <br><br> V. <br><br> **BOSMAN TRUCKING, INC., AN ILLINOIS CORPORATION AND GREG TLUSTOCHOWICZ, INDIVIDUALLY** <br><br> Defendants. | **No.** 1:19-cv-2066 <br><br> Honorable John F. Kness <br><br> Magistrate Judge Maria Valdez |

## NOTICE OF FILING

TO: John William Billhorn and Samuel David Engelson
Billhorn Law Firm 53 W. Jackson Blvd., Suite 401 Chicago, IL 60604
jbillhorn@billhornlaw.com sengelson@billhornlaw.com

Please take notice that on March 9, 2022, we caused a Certificate of Service of Defendants' Response to Plaintiffs' Supplemental Interrogatory to be filed with the United States District Court for the Northern District of Illinois, Eastern Division.

BISHOP & LAFORTE, LTD.

By: /s/ George F. LaForte, Jr
George F. LaForte, Jr.

George F. LaForte, Jr.   glafortejr@bishoplaforte.com
ARDC# 6231063
Timothy A. Hickey  thickey@bishoplaforte.com
ARDC# 6217465
BISHOP & LAFORTE, LTD.
1S450 Summit Ave., Suite 325 Oakbrook Terrace, IL 60181
Phone: 630.916.0123         Fax: 630.916.0567

Terrence Buehler
The Law Office of Terrence Buehler
1 South Wacker Drive, Suite 3140 Chicago, IL 60606
(312) 371-4385