# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

MARTANEZE JOHNSON *et al.*, on behalf of themselves and all other plaintiff similarly situated,

Plaintiffs,

v.

BOSMAN TRUCKING, INC. and GREG TLUSTOCHOWICZ,

Defendants.

No. 19-cv-02066
Judge John F. Kness

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of Plaintiff(s)
and against Defendant(s)
in the amount of $,

which ☐ includes    pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of Defendants BOSMAN TRUCKING, INC. *et al.*
and against Plaintiffs, MARTANEZE JOHNSON *et al*.

Defendants shall recover costs from Plaintiff.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge John F. Kness presiding, and the jury has rendered a verdict.
☐ tried by Judge John F. Kness without a jury and the above decision was reached.
☒ decided by Judge John F. Kness on Defendants' motion for summary judgment (Dkt. 196).

Date: March 29, 2024

JOHN F. KNESS
United States District Judge